IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PAULO DE LA ROSA      TDCJ-CID #804662 | § § § | |
| VS. | § | C.A. NO. C-05-593 |
| C. MOORE, ET AL. | § § § | |

## FINAL JUDGMENT

Pursuant to this Court's Opinion and Order of Dismissal, plaintiff's complaint is dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 41(b). This is a final judgment.

ORDERED this 22nd day of March, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE